UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CHRISTOPHER BIVENS, | § | |
|---|---|---|
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:18-CV-2068-B |
| | § | |
| THE UNITED STATES, EMMA | § | |
| MCDONNELL, SALAMA ASHIA | § | |
| RAHMAN, STEPHEN HOLT, | § | |
| KENDRICK BROWN, AND ERIC | § | |
| JACOBSEN, | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's Complaint, Doc. 3, is **DISMISSED WITHOUT PREJUDICE**, and Plaintiff's motion, Doc. 15, is **TERMINATED AS MOOT.**

SO ORDERED this 21st day of November, 2019.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE