UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BIVENS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:18-CV-2068-B-BK |
| | § | |
| THE UNITED STATES, EMMA MCDONNELL, SALAMA ASHIA RAHMAN, STEPHEN HOLT, KENDRICK BROWN, AND ERIC JACOBSEN, | § § § § § § | |
| DEFENDANTS. | § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation as to Plaintiff's *Motion for Reconsideration*, Doc. 23. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's motion is **DENIED.**

**SO ORDERED** this 15th day of April, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE